# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

JESSICA N. DORITY                                        PLAINTIFF

v.                            CASE NO. 2:19-CV-2048

ANDREW M. SAUL, Commissioner,
Social Security Administration                            DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc.13) from Chief United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this June 3, 2020.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE